# Court of Appeals
# of the State of Georgia

ATLANTA,  October 22, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0478. MASJID WARITH UD DEEN MOHAMMAD NON-PROFIT TRUST #4525 et al. v. AHMED S. YOUSEF.**

On January 8, 2019, the trial court entered a final judgment and writ of possession to Ahmed S. Yousef in this lease dispute. On February 5, 2019, the defendants, Masjid Warith Ud Deen Mohammad Non-Profit Trust #4525, Zarif Shamsid Deen, Trustee, and the Islamic Center of Middle Georgia, Inc., filed a notice of appeal. We, however, lack jurisdiction.

Ordinarily, a notice of appeal must be filed within 30 days of entry of the decision or judgment sought to be appealed. OCGA § 5-6-38 (a). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. *Ray M. Wright, Inc. v. Jones*, 239

Ga. App. 521, 522-523 (521 SE2d 456) (1999). The defendants filed their notice of appeal 28 days after the entry of the trial court order they wish to appeal. Therefore, the appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   10/22/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*